**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Percell A. DAVIS, Defendant—
Appellant.**

No. 05–6465.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 16, 2005.

Percell A. Davis, Appellant pro se.

Before NIEMEYER and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Percell A. Davis filed a notice of appeal
seeking review of his sentence under the
Supreme Court's recent decisions in *United States v. Booker*, —— U.S. ——, 125
S.Ct. 738, 160 L.Ed.2d 621 (2005), and
*Shepard v. United States*, —— U.S. ——,
125 S.Ct. 1254, 161 L.Ed.2d 205 (2005).
We construe Davis's notice of appeal and
informal brief as a motion for authorization
to file a second or successive motion under
28 U.S.C. § 2255 (2000).

In order to obtain authorization to file a
successive § 2255 motion, a prisoner must
assert claims based on either: (1) a new
rule of constitutional law, previously unavailable, made retroactive by the Supreme Court to cases on collateral review;
or (2) newly discovered evidence, not previously discoverable by due diligence, that
would be sufficient to establish by clear
and convincing evidence that, but for constitutional error, no reasonable factfinder
would have found the movant guilty of the
offense. 28 U.S.C. §§ 2244(b)(2), 2255
(2000). Davis's claims do not satisfy either
of these criteria. Therefore, we deny authorization to file a successive § 2255 motion and dismiss Davis's appeal. We dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*